# United States Court of Appeals for the Federal Circuit

August 6, 2010

**ERRATA**

Appeal Nos. 2009-1437, -1438

**KING PHARMACEUTICALS, INC.,
AND KING PHARMACEUTICALS RESEARCH AND
DEVELOPMENT, INC,**
*Plaintiffs-Appellants,*

**v.**

**EON LABS, INC.,**
*Defendant-Appellee,*

**v.**

**ELAN PHARMACEUTICALS, INC.,**
*Counterclaim Defendant-Appellant.*

Decided: August 2, 2010
Precedential Opinion

Please make the following changes:

Page 8, line 18, change "Nagi" to --Ngai--.

Same change at: page 20, line 18; page 21, line 13; page 22, lines 2, 11, 12, 13, and 15.